STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    Fax: (415) 436-7234
    michael.keough@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTURO OSIEL VALENCIA BARRERA,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | No. 3:22-CV-02420-CRB<br><br>**REPLY IN FURTHER SUPPPORT OF MOTION TO DISMISS**<br><br>Hrg Date: October 14, 2022<br>Time:    10:00 a.m. |

REPLY
3:22-CV-02420-CRB

**REPLY**

On July 26, 2022, the Defendant moved this Court to dismiss the Complaint, Dkt 1, under Rule 12(b)(6). *See* Dkt. 28 (the "Motion"). The Motion is set to be heard on October 14, 2022. Pursuant to Local Rule 7-3, Plaintiff's opposition to the Motion, if any, was due on August 9, 2022. *See* Local Rule 7-3 ("The opposition must be filed and served not more than 14 days after the motion was filed."). Plaintiff was also notified of this deadline via ECF notification (*see* Dkt. 28), and via a copy of the notice sent via U.S. mail, but Plaintiff did not file an opposition to the Motion. Accordingly, the Court may grant the Motion on this ground alone. *See Enders v. Countrywide Home Loans, Inc.*, No. C 09-3213SBA, 2009 WL 4018512, at *2 (N.D. Cal. Nov. 16, 2009) (citing *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995)) ("The Ninth Circuit has held that the failure to file an opposition to a motion to dismiss is grounds for granting the motion.").

But even if the Court considers the Motion on its merits, the Complaint must be dismissed because (1) Defendant is not subject to suit under 42 U.S.C. § 1983, and (2) to the extent Plaintiff is asserting a claim for personal injury, that claim must be dismissed for failure to exhaust administrative remedies, as required by the Federal Tort Claims Act. For the reasons set forth in the Motion, the Court should dismiss the Complaint with prejudice.[1]

DATED:	August 16, 2022

          Respectfully submitted,

          STEPHANIE M. HINDS
          United States Attorney

          */s/ Michael A. Keough*
          MICHAEL A. KEOUGH
          Assistant United States Attorney

          *Attorneys for Defendant*

---

[1] Defendant reserves the right to submit a reply in response to any untimely opposition that may be filed by Plaintiff.